# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

IN RE:

**Mario Macias and**
**Naomi Macias,**

Debtor(s)  Case No. **07-10946-m7**

### ORDER APPROVING ABANDONMENT OF PROPERTY OF THE ESTATE AT 714 FOOTHILL DRIVE SW ALBUQUERQUE NEW MEXICO 87105

**THIS MATTER** came before the Court on Debtors' **MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE,** specifically, the real property located at 714 Foothill Drive SW, Albuquerque NM 87105 and the Court having considered the pleadings, and being fully advised, **FINDS:**

**1.** The Motion to Compel Abandonment of 714 Foothill Drive SW, Albuquerque NM 87105 was filed on March 15, 2008 and served on the Trustee Philip J. Montoya.

**2.**. The Notice of Deadline to Object was filed and with the Motion mailed to all parties in interest as set forth on the Court's mailing matrix on March 15, 2008, requiring that any objection be served on attorney within 20 days plus 3 for mailing and requiring any objection be filed with the Clerk.

**3.** No objection or responsive pleading has been timely filed as of April 23, 2008.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Debtors' Motion to Compel Abandonment of 714 Foothill Drive SW, Albuquerque NM 87105 is hereby granted and the Trustee be and he is hereby authorized to abandon said real property; and it is further ordered that entry of this Order shall be deemed to constitute the abandonment of said real property by the Trustee.

_____
HONORABLE Mark B. McFeeley
United States Bankruptcy Judge

Entered on Docket Date:  04/25/08

Submitted by:

Submitted by email
Steven E. Sessions, Attorney for Debtor
122 Tenth Street NW

Albuquerque, NM 87102
(505) 248-1111 (505) 842-6447 (fax)
**Please send a copy to:**

*Trustee*
**Philip J. Montoya**
Trustee
PO Box 159
Albuquerque, NM 87103
505-244-1152

*U.S. Trustee*
**United States Trustee**
PO Box 608
Albuquerque, NM 87103-0608
505 248-6544